ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**Antonio T. MARTINEZ, Petitioner,**

v.

**DEPARTMENT OF VETERANS AFFAIRS, Respondent.**

No. 2009–3045.

United States Court of Appeals, Federal Circuit.

July 10, 2009.

Elaine Rodriguez–Frank, of San Juan, Puerto Rico, argued for petitioner.

Michael N. O'Connell, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were Michael F. Hertz, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Kirk T. Manhardt, Assistant Director.

LOURIE, RADER, and MOORE, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

**Velma Y. LOCK, Petitioner,**

v.

**GENERAL SERVICES ADMINISTRATION, Respondent.**

No. 2009–3080.

United States Court of Appeals, Federal Circuit.

July 10, 2009.

Rehearing Denied Aug. 10, 2009.

Renn C. Fowler, The Fowler Practice, of Belfast, ME, and Frederick P. Hink, Law Offices of Frederick P. Hink, of Easton, MD, argued for petitioner.

Lauren A. Weeman, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Michael F. Hertz, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Brian M. Simkin, Assistant Director.